# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ALAN BOUDREAUX (#254702)

VERSUS

JASON KENT, ET AL.

CIVIL ACTION

17-1280-SDD-EWD

## RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated January 11, 2018, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Petitioner's claims are dismissed without prejudice for failure to exhaust state court remedies. It is further ordered that, in the event Petitioner seeks to pursue an appeal in this case, a certificate of appealability is hereby DENIED.

Baton Rouge, Louisiana the 20 day of February, 2018.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 2.